**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Joseph A. Panucci Jr.
aka Joe Panucci**
Debtor(s)

Bankruptcy Case No.: 12–21960–JAD
Doc. #73
Chapter: 13
Docket No.: 75 – 73

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 26th day of October, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/4/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/13/17 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/4/17.**

                                                                         Jeffery A. Deller
                                                                         United States Bankruptcy Judge

cm: **All Parties**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 12-21960-JAD
Joseph A. Panucci, Jr.                                            Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: skoz                  Page 1 of 1           Date Rcvd: Oct 26, 2017
                              Form ID: 408                Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
db             +Joseph A. Panucci, Jr.,    139 Amelia Street,   McKees Rocks, PA 15136-3432
13355446       +BAC Home Loans,    P.O. Box 1570,   Simi Valley, CA 93062-1570
13475881       +Bank of America, N.A.,    7105 Corporate Drive,   Plano, TX 75024-4100
13355448      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas Company,     Attn: Bankruptcy Dept.,
                200 Civic Drive Ctr., 11th Fl,   Columbus, OH 43215)
14154553       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13355447       +Central Credit/penn Cr,    916 S. 14th St.,   Harrisburg, PA 17104-3425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13355445       +E-mail/Text: roy.buchholz@allianceoneinc.com Oct 27 2017 01:52:09     Allianceone,
                1684 Woodlands Dr Ste 15,   Maumee, OH 43537-4093
13355449       +E-mail/Text: ccusa@ccuhome.com Oct 27 2017 01:52:04     Credit Coll/usa,   Ccusa,
                16 Distributor Dr. Suite 1,   Morgantown, WV 26501-7209
13355450       +E-mail/Text: kburkley@bernsteinlaw.com Oct 27 2017 01:54:34     Duquense Light Company,
                411 Seventh Avenue,   Pittsburgh, PA 15219-1942
13401928       +E-mail/Text: kburkley@bernsteinlaw.com Oct 27 2017 01:54:34     Duquesne Light Company,
                c/o Bernstein Law Firm,   707 Grant Street,   Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1908
13355451       +E-mail/Text: bankrupt-adjdept@wesbanco.com Oct 27 2017 01:54:05     ESB Bank,
                600 Lawrence Avenue,   Ellwood City PA 16117-1930
13355452       +E-mail/Text: bankruptcy@remitcorp.com Oct 27 2017 01:53:19     Remit Corp,    P O Box 7,
                Bloomsburg, PA 17815-0007
                                                                                            TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              BANK OF AMERICA, N.A., AS SERVICER FOR THE MORTGAG
cr              Duquesne Light Company
cr*            +Carrington Mortgage Services, LLC,    1600 South Douglass Road,   Anaheim, CA 92806-5951
13355453*      +Remit Corp,    P O Box 7,   Bloomsburg, PA 17815-0007
                                                                                  TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jerome B. Blank     on behalf of Creditor    BANK OF AMERICA, N.A., AS SERVICER FOR THE MORTGAGEE OF
               RECORD pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. jschalk@barley.com,
               sromig@barley.com
              Kevin Scott Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert B. Marcus    on behalf of Debtor Joseph A. Panucci, Jr. attnyrobmarcus@yahoo.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```