# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOSEPH A. PANUCCI, JR.

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

**DEFAULT O/E JAD**

Case No.:12-21960 JAD

Chapter 13

Document No.: 73

## ORDER OF COURT

AND NOW, this __5th__ day of __December__, 20__17__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE    sjk

Jeffery A. Deller

FILED
12/5/17 9:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Joseph A. Panucci, Jr.
    Debtor

Case No. 12-21960-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Dec 05, 2017
                 Form ID: pdf900    Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
db             +Joseph A. Panucci, Jr.,    139 Amelia Street,    McKees Rocks, PA 15136-3432
13355446       +BAC Home Loans,    P.O. Box 1570,    Simi Valley, CA 93062-1570
13475881       +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13355448      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas Company,    Attn: Bankruptcy Dept.,
                200 Civic Drive Ctr., 11th Fl,    Columbus, OH 43215)
14154553       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13355447       +Central Credit/penn Cr,    916 S. 14th St.,    Harrisburg, PA 17104-3425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13355445       +E-mail/Text: roy.buchholz@allianceoneinc.com Dec 06 2017 01:59:05      Allianceone,
                1684 Woodlands Dr Ste 15,    Maumee, OH 43537-4093
13355449       +E-mail/Text: ccusa@ccuhome.com Dec 06 2017 01:59:03      Credit Coll/usa,    Ccusa,
                16 Distributor Dr. Suite 1,    Morgantown, WV 26501-7209
13355450       +E-mail/Text: kburkley@bernsteinlaw.com Dec 06 2017 02:00:10      Duquense Light Company,
                411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13401928       +E-mail/Text: kburkley@bernsteinlaw.com Dec 06 2017 02:00:10      Duquesne Light Company,
                c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1908
13355451       +E-mail/Text: bankrupt-adjdept@wesbanco.com Dec 06 2017 01:59:57      ESB Bank,
                600 Lawrence Avenue,    Ellwood City PA 16117-1930
13355452       +E-mail/Text: bankruptcy@remitcorp.com Dec 06 2017 01:59:39      Remit Corp,    P O Box 7,
                Bloomsburg, PA 17815-0007
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              BANK OF AMERICA, N.A., AS SERVICER FOR THE MORTGAG
cr              Duquesne Light Company
cr*            +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13355453*      +Remit Corp,    P O Box 7,    Bloomsburg, PA 17815-0007
                                                                                TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                                          Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A., AS SERVICER FOR THE MORTGAGEE OF
           RECORD pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. jschalk@barley.com,
           sromig@barley.com
          Kevin Scott Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Robert B. Marcus    on behalf of Debtor Joseph A. Panucci, Jr. attnyrobmarcus@yahoo.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 9
```